IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Roger Lowe, Jr., and LEZLIE
LOWE, as successors in interest to
ROGER LOWE, SR., decedent,

     Plaintiffs,

v.                                                                    No. 1:25-cv-00635-DHU-LF

The Travelers Home and
Marine Insurance Company,

     Defendant.

### ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

The parties have reached a negotiated resolution in this matter.  IT IS THEREFORE ORDERED that closing documents must be filed no later than **Monday, May 11, 2026**, absent a written motion showing good cause for an extension.  All pending discovery deadlines are vacated in light of the settlement.

_____
Laura Fashing
United States Magistrate Judge